OSCN Found Document:PACK v. STATE

 
 
 
 OSCN navigation


 
 Home

 
 Courts

 
 Court Dockets

 
 Legal Research

 
 Calendar

 
 Help
 





 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 

 
 
 
 PACK v. STATE
2014 OK 66
Case Number: 112974
Decided: 07/15/2014
THE SUPREME COURT OF OKLAHOMA
Cite as: 2014 OK 66, __ P.3d __

CHARLES EDWARD PACK, II; MARA NOVY; LEONARDO DE ANDRADE; ELIZABETH LUECKE; NANCY KUNSMAN; HEATHER SPARKS; LEO J. BAXTER; AMY ANNE FORD; WILLIAM F. SHDEED; and DANIEL KEATING, Petitioners,
v.
STATE OF OKLAHOMA; PRESIDENT PRO TEMPORE OF THE OKLAHOMA SENATE; SPEAKER OF THE HOUSE OF REPRESENTATIVES; THE OKLAHOMA STATE DEPARTMENT OF EDUCATION, Respondents.

MEMORANDUM OPINION

PER CURIAM:

¶1 Having considered the application to assume original jurisdiction, petition for a writ, and request for declaratory relief along with the response thereto, the associated briefs of the parties, and all amici and other filings in the cause, THE COURT DETERMINES THAT:

1) We have jurisdiction over the parties and the subject matter and the issues are ripe for adjudication. Furthermore, the immediacy with which the school year will commence makes this an appropriate matter for the assumption of original jurisdiction. Oklahoma Farm Bureau v. State Bd. of Educ., 1968 OK 98, 444 P.2d 182.

2) HB 3399 does not violate art. 13, §5 or art. 4, §1 of the Oklahoma Constitution.

3) Having found HB 3399 constitutional, there is no need to address the issue of severability.

¶2 Original jurisdiction is assumed; HB 3399 is not unconstitutional under either art. 13, §5 or art. 4, §1 of the Oklahoma Constitution; and it is unnecessary to address the issue of severability.

COLBERT, C.J., REIF, V.C.J., KAUGER, WATT, WINCHESTER, EDMONDSON, TAYLOR, COMBS, JJ. - concur.

GURICH, J. - concurs in part and dissents in part.






 Citationizer© Summary of Documents Citing This Document
Cite
 Name
 Level
 None Found.
Citationizer: Table of Authority
Cite
 Name
 Level
 None Found.